THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. HASTINGS, Appellant, v. SAMUEL H. HOFSTADTER and Others, Individually and as Members of the Joint Legislative Committee to Investigate the Affairs of the City of New York; GEORGE R. FEARON and Others, Individually and as Ex-Officio Members of the Joint Legislative Committee to Investigate the Affairs of the City of New York, Respondents.— In light of the disposition in *People ex rel. Hastings* v. *Hofstadter* (234 App. Div. ——), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

CREST FURNITURE, INC., Respondent, v. FULTON FIRE INSURANCE COMPANY and Others, Appellants.— Motion for stay dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of FRANK SEYDEL for Admission to the Bar. (From the State of Colorado.) — Application granted. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. HASTINGS, Appellant, v. SAMUEL H. HOFSTADTER and Others, Individually and as Members of the Joint Legislative Committee to Investigate the Affairs of the City of New York; GEORGE R. FEARON and Others, Individually and as Ex-Officio Members of the Joint Legislative Committee to Investigate the Affairs of the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Should the relator's motion in this proceeding to quash the subpœna have been granted? Stay of proceeding granted to and including Thursday, January twenty-first, to enable appellant to make application to the Court of Appeals or a judge thereof for a further stay or for a hearing forthwith. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

CREST FURNITURE, INC., Respondent, v. FULTON FIRE INSURANCE COMPANY and Others, Appellants.— Order granting motion for a preference affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper and Hagarty, JJ., concur; Carswell, J., dissents.

CHARLES BERLIN, Respondent, v. SEA BREEZE FOUNDATION, INC., Appellant, Impleaded with SEA BREEZE BEACH CLUB and THE PEOPLE OF THE STATE OF NEW YORK, Defendants, and JACOB STRAUSS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FANNIE BILLIG, Respondent, v. BOSTON SHOE MARKET, INC., and ISRAEL A. SNITZER, Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis JJ.

FANNIE BILLIG, Respondent, v. BOSTON SHOE MARKET, INC., and ISRAEL A. SNITZER, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FRANK CURRERI, Respondent, v. TEXAS COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

ELMA REALTY CORPORATION, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ.

FORD MOTOR COMPANY, Respondent, v. PRINCE LINE, LTD., Appellant.—